**James WALDOCH, Respondent,**

v.

**Donnie HISCHER, Uninsured, Employer,**

**Kevin Koecher, Individual d//b/a All Seasons Builders and d/b/a Koecher Enterprises, Uninsured, Employer,**

**Rags to Riches, d/b/a Grayhawk Builders and Auto Owners Group, Relators,**

**Twin Cities Anesthesia Associates, P.A., Regions Hospital, Intervenors,**

and

**Special Compensation Fund.**

**No. C2–02–686.**

Supreme Court of Minnesota.

Aug. 8, 2002.

Kent Charpentier, Koll, Morrison, Charpentier & Hagstrom, St. Paul, MN, for relator.

Thomas L. Cummings, Jardine, Logan & O'Brien, P.L.L.P., Lake Elmo, MN, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 1, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
ALAN C. PAGE
Associate Justice